IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:09CR407 |
| vs. ) | |
| ) | TRIAL ORDER |
| BELINDA MEDINA-BASULTO, ) | |
| ) | |
| Defendant. ) | |

Upon consultation with Magistrate Judge Thalken, and in accordance with the Speedy Trial Act,

**IT IS ORDERED**:

1. Defendant's Motion to Withdraw Pretrial Motions and to set this matter for trial (Filing 47) is granted, and the defendant's Motions to Suppress (Filings 39 & 41) are deemed withdrawn.

2. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, March 9, 2010 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

3. Any motions for a continuance of this trial date shall be electronically filed no later than **February 23, 2010** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.* Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

3. Counsel for the United States shall confer with defense counsel and, no later than **March 2, 2010**, advise the court of the anticipated length of trial.

DATED February 5, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**